**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. _____

| | |
|---|---|
| Kelvin Rance _____, ) | FALSE IMPRISONMENT, |
|                 Plaintiff, ) | INVASION of PRIVACY (US), |
| v. ) | CONSTITUTIONAL IMPRISONMENT, |
| Town of South Palm Beach _____ ) | VIOLATION OF 42 USC§1983 |
| Town of South Palm Beach Officer David ) | CONVERSION |
| Hul _____ ) | |
| Town of South Palm Beach Cmdr. Rob____ ) | |
| Rizzotto ) | |

              Defendants

Jury Trial Demanded

## VERIFIED  COMPLAINT

Plaintiff, Kelvin Rance, residing at 4037 Plumbago Place, Lake Worth, Town of South Palm

Beach, Florida at the time of these causes, sues defendants, Town of South Palm Beach of

Town of South Palm Beach, Florida, Town of South Palm Beach Officers' (TSPB) David

Hul and Town of South Palm Beach Commander (Cmdr) Rob Rizzotto who acted in concert

with each other on the date and time of the unlawful detention, both in their individually and

personal capacities and alleges as follows:

## GENERAL ALLEGATIONS

1. All heretofore causes of action occurred in Town of South Palm Beach, Florida.

2. The defendant, Town of South Palm Beach, a municipal corporation at the time of these causes of action, was managing authority of the Town of South Palm Beach Police Department and said police officer who are vicariously liable for the acts of his police officers pursuant to Florida Statute 30.07 thru the doctrine of Repondeat Superior.

3. Town of South Palm Beach uniformed Officer Sheriff D. Smith, Badge # 17626 and unknown PBSO Officer (male Officer) on September 08, 2016 during these causes of action, at all times material acted within the scope of their employment and acted as Officer to Ric Bradshaw, as Sheriff of Town of South Palm Beach, Florida pursuant to Florida Statute 30.07.

4. Town of South Palm Beach Officer Sheriff's Officer (TSPB), D. Hul and then Commander Rob Rizzotto on September 08, 2016 at approximately 1:00 p.m.. at all times material acted within the scope employment and acted as employees of the Town of South Palm Beach Police Department, and municipal employee of the of Town of South Palm Beach, Florida[1] pursuant to Florida Statute 30.07 and all other applicable law.

5. This Civil Complaint occurred against my will, out of an unlawful detention unlawful and further unreasonable seizure against the Plaintiff, Kelvin Rance, by TSPB Officer David Hul and Rob Rizzotto, both on the scene and both actively participating in the unreasonable

---

seizure, detention of the Plaintiff on September 08, 2016, at approximately 1:00 p.m.. as shown in exhibit A.

6. These Cause of Action occurred on 3581 S. Ocean Blvd. Town of South Palm Beach, Florida. Therefore proper venue lies in Palm Beach County, Florida.

7. On September 08, 2016 at approximately 1:00 p.m. or about approximately 1:00 p.m. hours Officer David Hul and Cmdr. Rob Rizzotto  who were on the scene at the same unlawfully with deliberate indifference to the rights of the Plaintiff detained the Plaintiff without legal cause.

8. Plaintiff's U.S. constitutional rights to be free from unwarranted government intrusion were unreasonable violated by the aforementioned officers.

9. Both officers assisted and further detained, taking an active part in the unlawful detention of the Plaintiff, against Plaintiff's will which occurred on September 08, 2016 at approximately 1:00 p.m.or about approximately 1:00 p.m.. hours including but not limited to standing guard over the Plaintiff while Plaintiff was in and out of his vehicle..

10. Both Town of South Palm Beach officers' Hul and Rizzotto did not witness any criminal activity nor had reasonable suspicion to give rise to any contact between Plaintiff and Defendants.

12. Both Town of South Palm Beach officers' Hul and Rizzotto with malice, intent and forethought unlawfully detained and unlawfully invaded the privacy of the Plaintiff for allegedly trespass onto the premises of Betty McLaughlin as owner of 3581 SR 5 #2B, Town of South Palm Beach, Fl. Plaintiff did not violate any law nor trespass to give rise to an unlawful traffic stop. Plaintiff was a wanted guest of the daughter of Betty McLaughlin and daughter of Betty McLaughlin had the key to 3581 SR 5 #2B, Town of South Palm Beach, Fl.

13. No contraband was found on Plaintiff's person and after questioning on matters unrelated to the initial traffic stop of alleged trespass. I was released.

14. Plaintiff, Kelvin Rance, has sustained serious injuries from this unreasonable seizure, unlawful detention and has suffered and will, in the future, continue to suffer some or all of the following damages:

   a.  Physical and mental pain and anguish from the trauma of being falsely imprisoned, detained falsely by TSPB officers;

   b.  Lost confidence in members of law enforcement.

   c.  Anguish, Aggravation and Discomfort;

   d.  Inconvenience;

   e.  Loss of Time;

   f.  Invasion of privacy;

g.  Injury to reputation;

h.  Diminishment of perceived character;

i.  Loss of revenue and employment opportunity

j.  Incidental Damages

k.  Present and Future Compensatory

l.  Punitive Damages as applicable


15. Florida Statute 768.28 pre-suit conditions have been met.


### Count I

#### (FALSE IMPRISONMENT)

16. This is an action for violation of FLORIDA STATE law for FALSE

    IMPRISONMENT.


17. Plaintiff realleges the allegations contained in the aforementioned GENERAL

    ALLEGATIONS section of this complaint.


18. Liability and this cause of action shall be personally, individually against the TSPB

    Defendant Officers David Hul and Rob Rizzotto who was on the scene of alleged

    trespass, unlawfully detained the Plaintiff, without legal cause against Plaintiff's will.

19. Plaintiff with Trystan Mc Laughlin (daughter of Betty Mc Laughlin) in Plaintiff's vehicle gave Trystan a ride to her home at 3581 SR 5 #2B, Town of South Palm Beach, Fl..

20. Plaintiff noticed two later identified officers of Hul and Rizzotto standing at the driveway entrance to to the parking lot of 3581 SR 5 #2B, Town of South Palm Beach, Fl. when Plaintiff pulled into the parking lot.

21. Both officers Hul and Rizotto noticed Plaintiff and Trystan pulled into the parking lot of 3581 Ocean Blvd., Town of South Palm Beach, Fl as both officers looked at Plaintiff and Trystan when we pulled into the parking lot. Both officers were within 3 feet of Plaintiff and Trystan when we pulled into the parking lot of 3581 Ocean Blvd., Town of South Palm Beach, Fl.

22. At no time when Plaintiff and Trystan initially drove into said parking lot did Hul and Rizotto or any other officer confront the Plaintiff or Trystan.

23. Legally parked, Plaintiff and Trystan got out of the Plaintiff's vehicle and Trystan alone went into her residence of 3581 SR 5 #2B, Town of South Palm Beach, Fl..

24. Trystan came out of her residence and Plaintiff and Trystan got into Plaintiff's vehicle.

25. Plaintiff and Trystan backed out of the legal parked parking spot at 3581 Ocean Blvd, Town of South Palm Beach, Fl. and began to exit the parking lot when both officers Hul and Rizotto who were in the exact same spot as when the Plaintiff and Trystan

entered the parking lot halted the Plaintiff and Trystan who were moving in Plaintiff's vehicle.

26. Officer Rizzotto extended his arm straight out and parallel to the ground with his hand at a 90 degree angle from his arm in a gesture to have the Plaintiff and Trystan stop in said parking lot.

27. Plaintiff and Trystan in Plaintiff's vehicle stopped at the command of officer Rizzotto who was with officer Hul at officer Rizzotto's side.

28. Plaintiff did not violate any law, nor trespass to give cause to a traffic stop and thereby violated Plaintiff state law false imprisonment rights.

29. As a direct and proximate result of said false arrest/false imprisonment, as hereinabove alleged, Plaintiff, Kelvin Rance, has sustained serious personal and mental injuries and has, in the past, suffered and, will in the future, continue to suffer some or all of the following and realleged:

   A. Physical and mental pain and anguish;

   B. Discomfort

   C. Inconvenience;

   D. Injury to Reputation;

   E. Unreasonable loss of freedom thru unlawful arrest and detention.

   F. Cost and Expenses occurring out of this present civil action and criminal action.

WHEREFORE, Plaintiff Kelvin Rance, demands judgment against Defendants

Hul and Rizzotto prays for punitive and compensatory damages in the amount of

$100,000.00. Plaintiff further demands trial by jury of all issues triable as of right.

## **Count II**

(Invasion of Privacy – Violating United States Law pursuant to the U.S, Fourth Amendment)

30. This is an action for Invasion of Privacy

31. Plaintiff realleges the allegations contained in General Allegations of this complaint
    as if fully set forth herein.

32. Liability and this cause of action shall be against the Defendants Rizzotto and Hul
    who both unreasonably stopped and further detained me on September 08, 2016.

33. Liability shall be against Officer David Hul alone for this cause for being commanded
    by David Hul to the Plaintiff to see Plaintiff's driver's license. When Plaintiff pulled
    out his two (2) inch thick pack of cards which was rubber band tied together such that
    no individual card was recognizable and containing Plaintiff's driver's license,
    Defendant Hul directed, commanded that the Plaintiff turn over his two (2) inch thick
    pack of cards which was rubber band tied together and searched thru every card
    finding an out of date Michigan driver's license and a Georgia ID card. Officer Hul
    seized both Michigan and Georgia cards and allegedly turned those cards in to the
    State of Florida.

34. Officer Rizzotto, Hul both Town of South Palm Beach police officers did without probable cause commit a traffic stop against Plaintiff Kelvin Rance on September 08, 2016 at approximately 1:00 p.m.. hours allegedly trespass". See exhibit A.

35. The Plaintiff nor Plaintiff's vehicle was in distress, not violating any law and yet unreasonably and without cause traffic stopped and unrelated to the reason for the alleged initial contact for trespass.

36. The acts complained of occurred on September 08, 2016 at or about approximately 1:00 p.m. hours, at a time when plaintiff had a right to and did not enjoy the security and privacy by unwarranted government intrusion. The acts of defendants so named in this cause, and each of them, constitute an invasion of privacy out of the U.S. Fourth Amendment.

WHEREFORE, Plaintiff Kelvin Rance, demands judgment against the Defendants Rizzotto aand Hul as so named in this cause which occurred out of the invasion of privacy cause on September 08, 2016.and prays for damages in the amount of $50,000.00 or as justice demands in compensatory damages plus interest, costs or other amounts as justice does demand. Plaintiff further demands trial by jury of all issues so triable as of right.

## Count III

(Violations of 42 U.S.C. 1983: Unreasonable Search and Seizure; Violating U.S. 4th

Amendment)

37. This is a civil action for deprivation of rights under the Federal Statutes and
Constitution of the United States against Defendants Hul  and Rizzotto unreasonably
seized the Plaintiff.

38. Plaintiff realleges the allegations contained in these General Allegations within this
complaint.

39. Liability and this cause of action shall be against the Defendants Rizzotto and Hul
who both unreasonably stopped and further detained me, searching thru my vehicle
and my person without cause on September 08, 2016.

40. Liability shall be against Officer David Hul alone for this cause for being commanded
by David Hul to the Plaintiff to see Plaintiff's driver's license. When Plaintiff pulled
out his two (2) inch thick pack of cards which was rubber band tied together such that
no individual card was recognizable and containing Plaintiff's driver's license,
Defendant Hul directed, commanded that the Plaintiff turn over his two (2) inch thick
pack of cards which was rubber band tied together and searched thru every card
finding an out of date Michigan driver's license and a Georgia ID card. Officer Hul
seized both Michigan and Georgia cards and allegedly turned those cards in to the
State of Florida.

41. Plaintiff was in compliance with Florida and Federal law and did not break and law to
give rise to such traffic stop by Town of South Palm Beach police officers Hul and

Rizzotto who unreasonably traffic stopped the Plaintiff on September 08, 2016 at or about approximately 1:00 p.m. hours.

42. Plaintiff states and affirms that the Plaintiff received no warning or traffic citations out of the September 08, 2016 at or about approximately 1:00 p.m. hours incident.

43. Officer Rizzotto unreasonably searched the Plaintiff's person and found no contraband without cause.

44. Defendants Hul and Rizzotto said to the Plaintiff and Trystan that the Plaintiff was giving drugs and prostituting Trystan which was plainly, unreasonably untrue, a lie as Plaintiff is no a drug dealer, had no drugs, never prostituted anyone. Defendants Hul and Rizzotto falsely, maliciously and without cause made up such story to justify the unreasonable search and seizure of the Plaintiff and Trystan.

45. Officer Rizzotto unreasonably commanded the Plaintiff to exit Plaintiff's vehicle without cause in which Plaintiff complied

46. The plaintiff did and continues to suffer damages of embarrassment, humiliation, mental and emotional anguish.


WHEREFORE, Plaintiff Kelvin Rance, demands judgment against the Defendants Smith and unknown Officer for an unreasonable initial traffic stop and prays for damages in the amount of $100,000.00 in compensatory damages, including potential punitive damages as appropriate, plus interest, costs or other amounts as justice does demand. Plaintiff further demands trial by jury of all issues so triable as of right.

## Count V

### (U.S. CONSTITUTIONAL FALSE IMPRISONMENT)

47. This is an action for violation of United States law or United States Constitution for FALSE IMPRISONMENT.

48. Plaintiff realleges the allegations contained in the aforementioned GENERAL ALLEGATIONS section of this complaint.

49. Liability and this cause of action shall be personally, individually against the TSPB Defendants Officer David Hul, individually and Officer Rob Rizzotto, individually who also unlawfully and against the Plaintiff's will falsely imprisoned the Plaintiff.

50. Officer Defendants Officer David Hul, individually and Officer Rob Rizzotto, individually with deliberate indifference to the rights of the Plaintiff falsely initiated a traffic stop, falsely continued to detain the Plaintiff after the alleged stop to give, trespass the Plaintiff, knowingly and without cause detain the Plaintiff for matters unrelated to the alleged trespass against the Plaintiff as aforementioned.

51. There was no lawful reason to detain the Plaintiff further after trespassing the Plaintiff even if the mother wanted and had the authority to trespass the Plaintiff as

there no reasonable suspicion or probable cause to detain the Plaintiff for matters

unrelated to the alleged trespass or unwanted guest of which both David Hul,

individually and Officer Rob Rizzotto, individually did unlawfully detain  after the

alleged trespass.

52. The Plaintiff did not commit any violations of law and therefore should have not been

traffic stopped.

53. David Hul, individually and Officer Rob Rizzotto, individually really pretextually

wanted to stop the Plaintiff for matters unrelated to the initial traffic stop.

54. The Defendants carried on a totally unrelated discussion, seizure and search while

holding the Plaintiff's driver's license of matters unrelated to an alleged trespass or

unwanted guest problem.

55. David Hul, individually and Officer Rob Rizzotto, individually did not care if I

committed a violation of law or not he was going to stop me and drummed up a

prostitution or drug suspicion to falsely detain the Plaintiff.

56. As a direct and proximate result of said false imprisonment, as hereinabove alleged,

Plaintiff, Kelvin Rance, has sustained serious personal and harrassment injuries and

has, in the past, suffered and, will in the future, continue to suffer some or all of the

following and realleged:

    G.  Physical and mental pain and anguish;

    H.  Discomfort

    I.  Inconvenience;

    J.  Injury to Reputation;

    K.  Unreasonable loss of freedom thru unlawful detention.

L. Anguish

M. Cost and Expenses occurring out of this present civil action and criminal action.

WHEREFORE, Plaintiff Kelvin Rance, demands judgment against Defendant David Hul, individually and Officer Rob Rizzotto, individually and prays for punitive and compensatory damages in the amount of $100,000.00. Plaintiff further demands trial by jury of all issues triable as of right.

## Count VI

((Florida State Law – Conversion –Town of South Palm Beach)

57. This is an action for violation of FLORIDA STATE law for Conversion.

58. Plaintiff realleges the allegations contained in the aforementioned GENERAL ALLEGATIONS section of this complaint.

59. Liability and this cause of action shall be officially against the Town of South Palm Beach for the action of his Town of South Palm Beach police officers David Hul and Officer Rob Rizzotto for conversion of the Plaintiff's vehicle.

60. Town of South Palm Beach police officers David Hul and Officer Rob Rizzotto on September 08, 2016 at approximately 1:00 p.m.. at all times material acted within the scope employment and acted as as employees of Town of South Palm Beach, Florida pursuant to Florida Statute 30.07 or other applicable doctrine of Repondeat Superior.

61. Town of South Palm Beach police officers David Hul and Officer Rob Rizzotto on September 08, 2016 at approximately 1:00 p.m. at all times material had no legal cause to take control of, convert the Plaintiff's property (vehicle).

62. As a direct and proximate result of taking control of, converting the Plaintiff's property without legal cause and thru the Florida doctrine of respondent superior , as hereinabove alleged, Plaintiff, Kelvin Rance, has sustained serious personal and mental injuries and has, in the past, suffered and, will in the future, continue to suffer some or all of the following and realleged:

    N. Physical and mental pain and anguish;

    O. Discomfort

    P. Inconvenience;

    Q. Injury to Reputation;

    R. Unreasonable loss of freedom thru unlawful arrest and detention.

    S. Cost and Expenses occurring out of this present civil action and criminal action.

WHEREFORE, Plaintiff Kelvin Rance, demands judgment against all Defendants and prays for incidental, punitive and compensatory damages in the amount of $100,000.00. Plaintiff further demands trial by jury of all issues triable as of right.

All statements in this document are hereby and forever attested / affirmed to by the Plaintiff Kelvin Rance, Affiant

FURTHER AFFIANT SAITH NAUGHT

Sworn to (or affirmed) and subscribed before me this 09th day of June, 2017 by Affiant, attested to by Kelvin Rance.

Kelvin Rance, Affiant

(Notary Public)

MICHAEL ARTHUR PELOSI
Notary Public, State of Florida
Commission# FF 130245
My comm. expires June 5, 2018

Personally known _____ or Produced Identification _FLDL_

Exhibit A

## OFFENSE-INCIDENT REPORT

**AGENCY INFORMATION**

| AGENCY NAME | | AGENCY ADDRESS | | AGENCY CITY |
|---|---|---|---|---|
| SOUTH PALM BEACH POLICE DEPARTMENT | | 3577 SOUTH OCEAN BLVD. | | SOUTH PALM BEACH |
| AGENCY COUNTY | AGENCY STATE | AGENCY ZIP CODE | AGENCY PHONE | OTHER AGENCY DETAILS |
| PALM BEACH | FL | 33480-5706 | (561) 586-2122 | CAD#16-34655 |

**INCIDENT INFORMATION**

| AGENCY REPORT NUMBER | | PRIMARY OFFENSE DESCRIPTION | | REPORT TYPE |
|---|---|---|---|---|
| 16-09-0105 | | UNWANTED GUEST/ TRESPASS | | Original |
| ORIGINAL DATE REPORT | TIME | TIME DISPATCHED | TIME ARRIVED | TIME CLEARED |
| 9/8/2016 | 1:00 PM | 1:00 PM | 1:00 PM | 2:03 PM |
| DATE OF SUPPLEMENT | FROM DATE | IMF | TO DATE | TIME |
| | 9/8/2016 | 1:00 PM | 9/8/2016 | 2:03 PM |
| # OFFENSE | # VICTIMS | # ARRESTED | # SUSPENDED | JUVENILES | WARN/DISMISS | GANG RELATED |
| 1 | 0 | 2 | 1 | 0 | NO | NO |

**LOCATION INFORMATION**

| CITY | ST | | STREET # | INCIDENT STREET NAME |
|---|---|---|---|---|
| PALM BEACH | FL | SOUTH PALM BEACH | 3581 #2B | SR 5 |
| AT FEET | OR MILES | DIRECTION | INCIDENT CROSS STREET | BUSINESS NAME/AREA IDENTIFIER |
| | | | | HORIZONS WEST |
| LOCATION TYPE | | OCCUPANCY | FORCED ENTRY? | DISTRICT | GRID | AREA | ZONE |
| APARTMENT/CONDO | | N/A | NO | N/A | N/A | N/A | FILE #13 |

**OFFENSE/INCIDENT #   1**

| INCIDENT TYPE | STATUS | STATUTE VIOLATION | DESCRIPTION | INCIDENT CODE |
|---|---|---|---|---|
| OTHER | COMMITTED | | TRESPASS WARNING | |

**PERSON INFORMATION**

| Person # 1 | DRIVER # | Person Type | Victim Type | Juvenile | Public Report |
|---|---|---|---|---|---|
| | 01 | SUSPECT | | NO | NO |
| FIRST NAME | MIDDLE | LAST NAME | SUFFIX | | Business Name |
| TRYSTAN | KATHERINE | MC LAUGHLIN | | | |
| STREET ADDRESS | | CITY | STATE | ZIP CODE | HOME PHONE # |
| 1920 LINTON LAKE DR | | DELRAY BEACH | FL | 33445 | |
| DRIVER LICENSE NUMBER | STATE | DATE OF BIRTH | SEX | RACE | SOC. SEC. # | BUSINESS PHONE# |
| M242811899210 | FL | 11/21/1989 | F | WHITE | ▬▬▬▬▬ | |
| RESIDENCE TYPE | RESIDENCE STATUS | SOFT. VALUE | RELATIONSHIP | INJ SEVERITY | INJURY TYPE | Charge? |
| N/A | N/A | | | | | |
| HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR | LENGTH | STYLE | COMPLEXION | BUILD | FACIAL HAIR | TEETH |
| 505 | 100 LBS | BLU | BLN | SHOULD ER | DISPLEVE LFD | FAIR | THIN | | |
| | | | | NICKNAME/STREET NAME | STATE OF BIRTH | | SPECIAL IDENTIFIERS |

| CLOTHING (Described) | SCARS/MARKS/TATTOOS (Location/Identifier) |
|---|---|
| BLUE AND WHITE BUTTON DOWN SHIRT TAN PANTS | |

| SID/CIC NUMBER | DBT'S NUMBER | IMMIGRATION NATURALIZATION # | OTHER I.D NUMBER |
|---|---|---|---|

| OCCUPATION | EMPLOYER/SCHOOL | EMPLOYER/SCHOOL ADDRESS |
|---|---|---|
| NONE | NONE | NONE |

| OTHER CONTACT INFO (If Available, Interpreter Info) | SYNOPSIS OF INVOLVEMENT |
|---|---|
| NONE | TRESPASSED FROM PROERTY |

**PERSON INFORMATION**

| Person # 2 | DRIVER # | Person Type | Victim Type | Juvenile | Public Report |
|---|---|---|---|---|---|
| | 01 | SUSPECT | | NO | NO |
| FIRST NAME | MIDDLE | LAST NAME | SUFFIX | | Business Name |
| KELVIN | L | RANCE | | | |
| STREET ADDRESS | | CITY | STATE | ZIP CODE | HOME PHONE # |
| 4037 PLUMBAGO PLACE | | LAKE WORTH | FL | 33462 | (954) 254-1965 |
| DRIVER LICENSE NUMBER | STATE | DATE OF BIRTH | SEX | RACE | SOC SEC # | BUSINESS PHONE# |
| R520512560091 | FL | 1/9/1956 | M | BLACK | ▬▬▬▬▬ | (954) 254-1965 |

| AGENCY REPORT NUMBER | INC. FIRST NAME | MIDDLE NAME | LAST NAME | BADGE NO. | | PAGE |
|---|---|---|---|---|---|---|
| 16-09-0105 | DAVID | | HUL | 1946 | | 1 of 1 |

| REPEAT ADDRESS | RESERVED | Dom | RELATIONSHIP | INJ SEVERITY | INJURY TYPE | Charge? |
|---|---|---|---|---|---|---|
| CITY | N/A | | | | | |

| HGT | WEIGHT | EYE COLOR | HAIR COLOR | LENGTH | STYLE | COMPLEXION | BUILD | FACIAL HAIR | TEETH |
|---|---|---|---|---|---|---|---|---|---|
| 600 | 150LBS | BRO | BLK | SHORT | STRAIGHT | DARK | THIN | YES | GOLD, MISSING FR |

| SPEECH/VOICE | NICKNAME / STREET NAME | STATE OF BIRTH | SPECIAL IDENTIFIERS |
|---|---|---|---|
| | | | LEFT HANDED |

| CLOTHING (Describe) | SCARS/MARKS/TATOOS (Location/Describe) |
|---|---|
| YELLOW TSHIRT BROWN PANTS | |

| SID/DOC NUMBER | OBTS NUMBER | IMMIGRATION NATIONALIZATION # | OTHER ID NUMBER |
|---|---|---|---|

| OCCUPATION | EMPLOYER/SCHOOL | EMPLOYER/SCHOOL ADDRESS |
|---|---|---|
| NONE | NONE | NONE |

| OTHER CONTACT INFO (if the Available Interphone etc.) | SYNOPSIS OF INVOLVEMENT |
|---|---|
| NONE | TRESSPASSED FROM PROERTY |

## PERSON INFORMATION

| Person # 3 | Offense # 01 | Person Type REPORTING PERSON | Victim Type | Juvenile? NO | Public Record NO |
|---|---|---|---|---|---|

| FIRST NAME | MIDDLE | LAST NAME | SUFFIX | Business Name |
|---|---|---|---|---|
| BETTY | | MCLAUGHLIN | | |

| STREET ADDRESS | CITY | STATE | ZIP CODE | HOME PHONE # |
|---|---|---|---|---|
| 3581 #2B SR 5 | SOUTH PALM BEACH | FL | 33480 | (561) 707-6869 |

| DRIVER LICENSE NUMBER | STATE | DATE OF BIRTH | SEX | RACE | SOC. SEC. # | BUSINESS PHONE# |
|---|---|---|---|---|---|---|
| M24208267844 | FL | 9/24/1967 | F | WHITE | ████████ | |

| RESIDENCE TYPE | RESIDENCE STATUS | Dom | RELATIONSHIP | INJ SEVERITY | INJURY TYPE | Charge? |
|---|---|---|---|---|---|---|

| HGT | WEIGHT | EYE COLOR | HAIR COLOR | LENGTH | STYLE | COMPLEXION | BUILD | FACIAL HAIR | TEETH |
|---|---|---|---|---|---|---|---|---|---|

| SPEECH/VOICE | NICKNAME / STREET NAME | STATE OF BIRTH | SPECIAL IDENTIFIERS |
|---|---|---|---|

| CLOTHING (Describe) | SCARS/MARKS/TATOOS (Location/Describe) |
|---|---|

| SID/DOC NUMBER | OBTS NUMBER | IMMIGRATION NATIONALIZATION # | OTHER ID NUMBER |
|---|---|---|---|

| OCCUPATION | EMPLOYER/SCHOOL | EMPLOYER/SCHOOL ADDRESS |
|---|---|---|

| OTHER CONTACT INFO (if the Available Interphone etc.) | SYNOPSIS OF INVOLVEMENT |
|---|---|
| | OWNER OF UNIT #2B, MOTHER OF PERSON 1 |

| AGENCY REPORT NUMBER | OFC. FIRST NAME | MIDDLE NAME | LAST NAME | BADGE NO. | | |
|---|---|---|---|---|---|---|
| 16-09-0105 | DAVID | | HUL | 1946 | | |

**VEHICLE INFORMATION**

| VEH. # | 1 | | 2 | | OTHER | | N/A | | AUTO |
|---|---|---|---|---|---|---|---|---|---|
| 2016 | | CHEV | | CRUZE | | 4 DOOR SEDAN | | | CTJN72 |
| FL | 06/30/201 7 | 06113193 | | | 1G1PE5SB0G7130253 | | | | |
| | | | | | | | | | NONE |
| | | WHITE - WHI | | | ENTERPRISE RENTAL. DAMAGE TO PASSENGER B-PILLAR | | | | |
| | | | | | | | | | |
| | | N/A | | | | | | | |
| | | $0.00 | | | N/A | | | | N/A |
| NO | | | | | | | 0-N/A | | |
| | | | | | N/A | | | | |
| | | | | | N/A | | | | |
| | | N/A | | | | | | N/A | |

| AGENCY REPORT NUMBER | OFC. FIRST NAME | MIDDLE NAME | LAST NAME | BADGE NO. | |
|---|---|---|---|---|---|
| 16-09-0105 | DAVID | | HUL | 1946 | |

INCIDENT NARRATIVE

On 09-08-2016, Betty McLaughlin (Owner of 3581 SR 5 #2B) contacted the South Palm Beach Police Department and requested her daughter Trystan McLaughlin, who she had allowed to temporally stay at the residence be trespassed from the unit. Betty also asked that any companions present with Trystan be trespassed as well.

Trystan and a black male companion later identified (by FL DL) as Kelvin Rance where encountered in the parking garage of the building at approximately 1300 hours by Ofc Hul and Cmdr Rizzotto. During the initial contact Trystan was on the telephone with her mother, Cmdr Rizzotto spoke with Betty who again stated to him and to Trystan that she was no longer welcome at the condominium.

Rance was in possession of a four door Chevy Cruze (FL tag CTJN72) which was determined to be an Enterprise Rental Vehicle; Rance stated he had rented the vehicle for a month, it was due back he believes on the 14th. The vehicle had damage to the interior of the passenger side b-pillar, photographs were taken at the scene.

Photographs of Trystan, Rance and the vehicle were taken at the scene. Both subjects were verbally issued a trespass warning informing them they could not return to the property at any point in time.

Field Interview Reports and Trespass Warnings were completed and will be included in this case file.

| AGENCY REPORT NUMBER | OFC FIRST NAME | MIDDLE NAME | LAST NAME | BADGE NO |
|---|---|---|---|---|
| 16-09-0105 | DAVID | | HUL | 1846 |



ADMINISTRATIVE

| AGENCY REPORT NUMBER | OFC. FIRST NAME | MIDDLE NAME | LAST NAME | BADGE NO. |
|---|---|---|---|---|
| 16-09-0105 | DAVID | | HUL | 1946 |

# FIELD INTERVIEW REPORT

| AGENCY NAME | | | AGENCY ADDRESS | | | AGENCY CITY |
|---|---|---|---|---|---|---|
| SOUTH PALM BEACH POLICE DEPARTMENT | | | 3577 SOUTH OCEAN BLVD. | | | SOUTH PALM BEACH |

| AGENCY COUNTY | AGENCY STATE | AGENCY ZIP CODE | AGENCY PHONE | OTHER AGENCY DETAILS | |
|---|---|---|---|---|---|
| PALM BEACH | FL | 33480-5706 | (561) 586-2122 | CAD#16-32563/LPD RMS ID#93234 | |

**F.I.R. INFORMATION**

| DATE | TIME | CASE NUMBER | OFFENSE NUMBER | MODE OF TRAVEL |
|---|---|---|---|---|
| 09/08/2016 | 01:00 PM | 16-09-0105 | | VEHICLE |

**LOCATION**

| LOCATION DESCRIPTION | APARTMENT # | OCCURRED ON STREET, ROAD, HIGHWAY |
|---|---|---|
| HORIZON WEST CONDOMINIUM | 3581 #2B | SR 5 |

| AT FEET | OR MILES | DIRECTION | AT FROM INTERSECTION WITH STREET, ROAD, HIGHWAY |
|---|---|---|---|
| | | | |

**PERSON INFORMATION**

| FIRST NAME | MIDDLE NAME | LAST NAME | SUFFIX | CURRENT ADDRESS (Number and Street) | | |
|---|---|---|---|---|---|---|
| KELVIN | L | RANCE | | 4037 PLUMBAGO PLACE | | |

| DRIVER LICENSE NUMBER | DL STATE | DL CLASS | DL EXPIRES | CITY | | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|
| R520512560091 | FL | E | 01/09/2022 | LAKE WORTH | | FL | 33462 |

| DOB | RACE | SEX | HEIGHT | PHONE NUMBER | WEIGHT | BUILD | EYES | HAIR | STYLE | FACIAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/09/1956 | B | M | 6'00" | (954) 254 1965 | 150 LB | THIN | BRO | BLK | AFRO | YES |

| SSN | | SCARS, TATTOOS, MARKINGS OR OTHER IDENTIFYING CHARACTERISTICS | GANG MEMBER? | GANG AFFILIATION |
|---|---|---|---|---|
| | | LEFT HANDED | NO | |

**NARRATIVE AND ADDITIONAL INFORMATION**

| PICTURE | NARRATIVE | REASON FOR FIR |
|---|---|---|

PICTURE: 

NARRATIVE:
On 09-08-2016, Betty McLaughlin (Owner of 3581 SR 5 #2B) contacted the South Palm Beach Police Department and requested her daughter Trystan McLaughlin, who she had allowed to temporarily stay at the residence be trespassed from the unit. Betty also asked that any companions present with Trystan be trespassed as well.

Trystan and a black male companion later identified (by FL DL) as Kelvin Rance where encountered in the parking garage of the building at approximately 1300 hours by Ofc Hui and Cmdr Rizzotto. During the initial contact Trystan was on the telephone with her mother, Cmdr Rizzotto spoke with Betty who again stated to him and to Trystan that she was no longer welcome at the condominium.

REASON FOR FIR: TRESPASS WARNING

THUMB PRINT

**VEHICLE INFORMATION**

| VEH. YR. | VEHICLE MAKE | VEHICLE MODEL | VEHICLE COLOR | VEHICLE TAG # | STATE | COMMENTS |
|---|---|---|---|---|---|---|
| 2016 | CHEVY | CRUZE | WHI | CTJN72 | FL | ENTERPRISE RENTAL |

**ADMINISTRATIVE**

| OFFICER'S FIRST NAME | MIDDLE NAME | LAST NAME | SUFFIX | BADGE NO. | OFFICER'S SIGNATURE |
|---|---|---|---|---|---|
| DAVID | | HUI | | 1946 | X |

| ROUTED TO | REFERRED TO | ASSIGNED TO | ASSIGNED BY | DATE REVIEWED |
|---|---|---|---|---|
| 9/8/2016 | 3:30 PM | CASE NUMBER  16-09-0105 | | PAGE 1 OF 1 |

## TRESPASS WARNING AGENCY COPY

**AGENCY INFORMATION**

| AGENCY NAME | AGENCY ADDRESS | AGENCY CITY |
|---|---|---|
| SOUTH PALM BEACH POLICE DEPARTMENT | 3577 SOUTH OCEAN BLVD. | SOUTH PALM BEACH |

| AGENCY COUNTY | AGENCY STATE | AGENCY ZIP CODE | AGENCY PHONE | OTHER AGENCY DETAILS |
|---|---|---|---|---|
| PALM BEACH | FL | 33480-5706 | (561) 586-2122 | CAD#16-34655 |

**TRESPASS INFORMATION**

| DATE | TIME | CASE NUMBER | OFFENSE NUMBER | VALID FOR? | MODE OF TRAVEL |
|---|---|---|---|---|---|
| 09/08/2016 | 01:00 PM | 16-09-0105 | | FOREVER | FOOT |

**TRESPASS LOCATION**

| BUSINESS ID OR LIC. ID | BUSINESS NAME | FIRST NAME | MIDDLE NAME | LAST NAME | SUFFIX | DOB |
|---|---|---|---|---|---|---|
| | | BETTY | BANUELOS | MCLAUGHLIN | | 09/24/1967 |

| CURRENT ADDRESS (number and street) | CITY | STATE | ZIP CODE | PHONE NUMBER | TITLE |
|---|---|---|---|---|---|
| 3581 SR 5 (SOUTH OCEAN BLVD) | SOUTH PALM BEACH | FL | 33480 | (561) 707 6869 | |

**PERSON BEING WARNED**

| FIRST NAME | MIDDLE NAME | LAST NAME | SUFFIX | CURRENT ADDRESS (number and street) | | |
|---|---|---|---|---|---|---|
| TRYSTAN | KATHERINE | MC LAUGHLIN | | 1920 LINTON LAKE DR | | |

| DRIVER LICENSE NUMBER | DL STATE | DL CLASS | DL EXPIRES | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|
| M242811899210 | FL | E | 11/21/2023 | DELRAY BEACH | FL | 33445 |

| DOB | RACE | SEX | HEIGHT | PHONE NUMBER | WEIGHT | BUILD | EYES | HAIR | STYLE | FACIAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/21/1989 | W | F | 5' 05" | | 100 LB | THIN | GRN | BLN | DISHEVELED | |

**NARRATIVE AND ADDITIONAL INFORMATION**

| VIOLATOR PICTURE | NARRATIVE | REASON TRESPASSED |
|---|---|---|
|  | ON 09-08-2016, BETTY MCLAUGHLIN (OWNER OF 3581 SR 5 #2B) CONTACTED THE SOUTH PALM BEACH POLICE DEPARTMENT AND REQUESTED HER DAUGHTER TRYSTAN MCLAUGHLIN, WHO SHE HAD ALLOWED TO TEMPORALLY STAY AT THE RESIDENCE BE TRESPASSED FROM THE UNIT. BETTY ALSO ASKED THAT ANY COMPANIONS PRESENT WITH TRYSTAN BE TRESPASSED AS WELL. <br><br> TRYSTAN AND A BLACK MALE COMPANION LATER IDENTIFIED (BY FL DL) AS KELVIN RANCE WHERE ENCOUNTERED IN THE PARKING GARAGE OF THE BUILDING AT APPROXIMATELY 1300 HOURS BY OFC HUL AND CMDR RIZZOTTO. DURING THE INITIAL CONTACT TRYSTAN WAS ON THE TELEPHONE WITH HER MOTHER. CMDR RIZZOTTO SPOKE WITH BETTY WHO AGAIN STATED TO HIM AND TO TRYSTAN THAT SHE WAS NO LONGER WELCOME AT THE CONDOMINIUM. | DRUG SUSPICION. OWNER REQUEST. RECEIVED COMPLAINANT ABOUT <br><br> VIOLATOR THUMB PRINT |

**VEHICLE INFORMATION**

| VEH. YR. | VEHICLE MAKE | VEHICLE MODEL | VEHICLE COLOR | VEHICLE TAG # | STATE | COMMENTS |
|---|---|---|---|---|---|---|
| | | | | | | |

**REPORTING OFFICER AND SIGNATURES**

| OFFICER FIRST NAME | MIDDLE NAME | LAST NAME | SUFFIX | BADGE NO. | | OFFICER SIGNATURE |
|---|---|---|---|---|---|---|
| DAVID | | HUL | | 1946 | ☐ I certify that a copy of this Trespass Warning was made available to the Violator listed above | *signature* |
| OWNER FIRST NAME | MIDDLE NAME | LAST NAME | | | | OWNER/CUSTODIAN SIGNATURE |
| BETTY | BANUEL | MCLAUGHLIN | | 0:10 PM | 9/8/2016 | ☐ I certify that a I have been given authority to request that this warning be issued |
| VIOLATOR FIRST NAME | MIDDLE NAME | LAST NAME | | | | VIOLATOR SIGNATURE |
| TRYSTAN | KATHER | MC LAUGHLIN | | 2:00 PM | 9/8/2016 | ☐ I understand that if I return to this location I may be subject to arrest for trespassing |

I

## TRESPASS WARNING AGENCY COPY

**AGENCY INFORMATION**

| AGENCY NAME | AGENCY ADDRESS | AGENCY CITY |
|---|---|---|
| SOUTH PALM BEACH POLICE DEPARTMENT | 3577 SOUTH OCEAN BLVD. | SOUTH PALM BEACH |

| AGENCY COUNTY | AGENCY STATE | AGENCY ZIP CODE | AGENCY PHONE | OTHER AGENCY DETAILS |
|---|---|---|---|---|
| PALM BEACH | FL | 33480-5706 | (561) 586-2122 | CAD#16-34655 |

**TRESPASS INFORMATION**

| DATE | TIME | CASE NUMBER | OFFENSE NUMBER | VALID FOR | MODE OF TRAVEL |
|---|---|---|---|---|---|
| 09/08/2016 | 01:00 PM | 16-09-0105 | | FOREVER | VEHICLE |

**TRESPASS LOCATION**

| BUSINESS TYPE | BUSINESS NAME | FIRST NAME | MIDDLE NAME | LAST NAME | SUFFIX | DOB |
|---|---|---|---|---|---|---|
| | | BETTY | BANUELOS | MCLAUGHLIN | | |

| CURRENT ADDRESS (Number and Street) | CITY | STATE | ZIP CODE | PHONE NUMBER | TITLE |
|---|---|---|---|---|---|
| 3581 SR-5 (SOUTH OCEAN BLVD) | SOUTH PALM BEACH | FL | 33480 | (561) 707-6869 | |

**PERSON BEING WARNED**

| FIRST NAME | MIDDLE NAME | LAST NAME | SUFFIX | CURRENT ADDRESS (Number and Street) |
|---|---|---|---|---|
| KELVIN | L | RANCE | | 4037 PLUMBAGO PLACE |

| DRIVER LICENSE NUMBER | DL STATE | DL CLASS | DL EXPIRES | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|
| R52051256009I | FL | E | 01/09/2022 | LAKE WORTH | FL | 33462 |

| DOB | RACE | SEX | HEIGHT | PHONE NUMBER | WEIGHT | BUILD | EYES | HAIR | STYLE | FACIAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/09/1956 | B | M | 6' 00" | (954) 254-1965 | 150 LB | THIN | BRO | BLK | AFRO | YES |

**NARRATIVE AND ADDITIONAL INFORMATION**

| VIOLATOR PICTURE | NARRATIVE | REASON TRESPASSED |
|---|---|---|
|  | ON 09-08-2016, BETTY MCLAUGHLIN (OWNER OF 3581 SR 5 #2B) CONTACTED THE SOUTH PALM BEACH POLICE DEPARTMENT AND REQUESTED HER DAUGHTER TRYSTAN MCLAUGHLIN, WHO SHE HAD ALLOWED TO TEMPORALLY STAY AT THE RESIDENCE BE TRESPASSED FROM THE UNIT. BETTY ALSO ASKED THAT ANY COMPANIONS PRESENT WITH TRYSTAN BE TRESPASSED AS WELL. | OWNER REQUEST, RECEIVED COMPLAINANT ABOUT |
| | TRYSTAN AND A BLACK MALE COMPANION LATER IDENTIFIED (BY FL DL) AS KELVIN RANCE WHERE ENCOUNTERED IN THE PARKING GARAGE OF THE BUILDING AT APPROXIMATELY 1300 HOURS BY OFC HUL AND CMDR RIZZOTTO. DURING THE INITIAL CONTACT TRYSTAN WAS ON THE TELEPHONE WITH MOTHER. CMDR RIZZOTTO SPOKE WITH BETTY WHO AGAIN STATED TO HIM AND TO TRYSTAN THAT SHE WAS NO LONGER WELCOME AT THE CONDOMINIUM | VIOLATOR THUMB PRINT |

**VEHICLE INFORMATION**

| VEH YR | VEHICLE MAKE | VEHICLE MODEL | VEHICLE COLOR | VEHICLE TAG # | STATE | COMMENTS |
|---|---|---|---|---|---|---|
| 2016 | CHEVY | CRUZE | WHI | CTJN72 | FL | ENTERPRISE RENTAL |

**REPORTING OFFICER AND SIGNATURES**

| OFFICERS FIRST NAME | MIDDLE NAME | LAST NAME | SUFFIX | BADGE NO | | OFFICER'S SIGNATURE |
|---|---|---|---|---|---|---|
| DAVID | | HUL | | 1946 | I certify that a copy of this Trespass Warning was made available to the violator listed above | |
| OWNER FIRST NAME | MIDDLE NAME | LAST NAME | | | I certify that a  have been given authority to request that this warning be issued | OWNER/AUTHORIZED SIGNATURE |
| BETTY | BANUEL | MCLAUGHLIN | | 3:30 PM | 9/8/2016 | |
| VIOLATOR FIRST NAME | MIDDLE NAME | LAST NAME | | | I understand that if I return to this location I may be subject to arrest for trespassing | VIOLATOR SIGNATURE |
| KELVIN | L | RANCE | | 3:30 PM | 9/8/2016 | |

# LANTANA POLICE DEPARTMENT

## Event Report

Event ID: 2016-054655     Call Ref # 407     Date/Time Received: 09/08/16 13:00:14

Ref #     Prime: SP4

Call Source: SELF     Unit: HUE, DAVID

Services Involved

| LAW | | | | |
|-----|---|---|---|---|

Location: 3581 S OCEAN BLVD

X-ST     N OCEAN BLVD       Jur: LPD    Service: LAW    Agency: LPD

St/Beat: Z5    District: LPD    RA: SPB

Business: HORIZON WEST     Phone:     GP:

Nature: TRESPASSING     Alarm Lvl: 1   Priority: 3     Medical Priority:

Reclassified Nature:

Caller:       Alarm

Addr:       Phone:     Alarm Type:

Vehicle #:    St: FL    Report Only: No    Race:    Sex:    Age:

Call Taker: HMESSIER     Console: CAD1

Geo-Verified Addr: Yes   Nature Summary Code:     Disposition: SPCA   Close Comments:

Notes:

*See Event Notes Addendum at end of this report*

### Times

Call Received: 09/08/16 13:00:14    Time From Call Received

Call Routed: 09/08/16 13:00:14

Call Take Finished: 09/08/16 13:00:14           Unit Reaction:    *(1st Dispatch to 1st Arrive)*

1st Dispatch: 09/08/16 13:00:14           En-Route:    *(1st Dispatch to 1st En-Route)*

1st En-Route:       *(Time Held)*    On-Scene: 001:03:10   *(1st Arrive to Last Clear)*

1st Arrive: 09/08/16 13:00:14

Last Clear: 09/08/16 14:03:24       *(Reaction Time)*

001:03:10

### Radio Log

| Unit | Emp: ID | Type | Description | Time Stamp | Comments | Close Code | User |
|------|---------|------|-------------|------------|----------|-----------|------|
| SP4 | 1948 | D | Dispatched | 09/08/16 13:00:14 | Stat/Beat: Z5 | | HMESSIER |
| SP4 | 1948 | A | Arrived | 09/08/16 13:00:14 | Stat/Beat: Z5 | | HMESSIER |
| SP2 | 1943 | D | Dispatched | 09/08/16 13:00:19 | Out Srv [1058] at .407 | | HMESSIER |
| SP2 | 1943 | A | Arrived | 09/08/16 13:00:19 | Out Srv [1058] at .407 | | HMESSIER |
| SP4 | 1948 | C | Cleared | 09/08/16 13:51:52 | SPCA | SPCA | HMESSIER |
| SP2 | 1943 | C | Cleared | 09/08/16 14:03:24 | | BU | Unit SP2 |

I

Event ID: 2016-034655     Call Ref #: 407     TRESPASSING at 3581 S OCEAN BLVD

| | | | | Event Log | | | |
|---|---|---|---|---|---|---|---|
| Unit | Emp ID | Type | Description | Time Stamp | Comments | Close Code | User |
| | | TR | Time Received | 09/08/16 13:00:14 | By: SELF | | HMESSIER |
| | | FIN | Finished Call Taking | 09/08/16 13:00:14 | | | HMESSIER |
| | | ARM | Added Remarks | 09/08/16 13:02:58 | | | HMESSIER |
| | | ARM | Added Remarks | 09/08/16 13:06:03 | | | HMESSIER |
| | | ARM | Added Remarks | 09/08/16 13:47:48 | | | HMESSIER |
| | | CHG | Changed NATURE | 09/08/16 15:12:18 | POLICE SERVICE - MISC --> TRESPAS | | HMESSIER |
| | | ARM | Added Remarks | 09/08/16 17:12:27 | | | Unit:SP4 |

### Event Notes Addendum

Notes: SPBPD CASE #16-09-0105
BOTH SUBJECTS FIRed AND GIVEN A TRESSPASS WARNING, PER OWNER OF UNIT 2B  [09/08/16 17:12:27 Unit:SP4]
M-242-811-89-921-0                                 ORGAN DONOR
TRYSTAN,KATHERINE MC LAUGHLIN
1920 LINTON LAKE DR APT G           DELRAY BEACH          FL 33445
1920 LINTON LAKE DR APT G           DELRAY BEACH          FL 33445
TYPE LIC: CLASS E OPERATOR          DOB: 11/21/1989 HT: 505 RACE: W SEX: F
CURRENT LICENSE ISSUED: 07/23/2015 EXPIRES: 11/21/2023
LICENSE NOT VALID          SOC SEC: ████████  [09/08/16 13:47:48 HMESSIER]
DHSMV RECORD -
TAG: CTJN72    VIN: 1G1PE5SB0G7130253 MAKE: CHEV BODY: 4D    CLASS: 009
YR MK: 16   WEIGHT:     003046 ORIGINAL - NEW     COLOR: WHI     GVW: 000000
OWNER: EAN HOLDINGS, LLC                        DOB: NONE
                                         SEX:
14002 E 21ST ST STE 1500                 COUNTY RES: 10 PREV ST
TULSA                OK 74134-1424 DECAL EXP: 06/30/17 MILEAGE: 0000010
DECAL/YR: 08113193/7: REG ACTIVITY: 03/31/16 VEH USE: LEASE
TITLE: 0119628771 TITLE ISSUE: 08/12/15  [09/08/16 13:06:03 HMESSIER]
R-500-512-56-009-1                                ORGAN DONOR
KELVIN,L,RANCE
4037 PLUMBAGO PLACE                 LAKE WORTH          FL 33462
5287 CEDAR HOLLOW LANE              BOCA RATON          FL 33433
TYPE LIC: CLASS E OPERATOR          DOB: 01/09/1956 HT: 600 RACE: B SEX: M
CURRENT LICENSE ISSUED: 06/16/2014 EXPIRES: 01/09/2022
VALID LICENSE          SOC SEC: ████████  [09/08/16 13:02:58 HMESSIER]

Event Report                                                                 Page 2 of 2

# FIELD INTERVIEW REPORT

| AGENCY NAME | | | | AGENCY ADDRESS | | | AGENCY CITY | |
|---|---|---|---|---|---|---|---|---|
| SOUTH PALM BEACH POLICE DEPARTMENT | | | | 3577 SOUTH OCEAN BLVD. | | | SOUTH PALM BEACH | |
| AGENCY COUNTY | AGENCY STATE | | AGENCY ZIP CODE | AGENCY PHONE | OTHER AGENCY DETAILS | | | |
| PALM BEACH | FL | | 33480-5796 | (561) 586-2122 | CAD#16-32563/LPD RMS ID#93234 | | | |

**F.I.R. INFORMATION**

| DATE | TIME | CASE NUMBER | | OFFENSE NUMBER | | MODE OF TRAVEL |
|---|---|---|---|---|---|---|
| 09/08/2016 | 01:00 PM | 16-09-0105 | | | | FOOT |

**LOCATION**

| LOCATION DESCRIPTION | | ADDRESS # | OCCURRED ON STREET, ROAD, HIGHWAY | |
|---|---|---|---|---|
| HORIZONS WEST CONDO | | 3581 #2B | SR 5 | |
| AT FEET | OR MILES | DIRECTION | AT/FROM INTERSECTION WITH STREET, ROAD, HIGHWAY | |

**PERSON INFORMATION**

| FIRST NAME | | MIDDLE NAME | LAST NAME | | SUFFIX | CURRENT ADDRESS (Number and Street) | | | |
|---|---|---|---|---|---|---|---|---|---|
| TRYSTAN | | KATHERINE | MC LAUGHLIN | | | 1920 LINTON LAKE DR | | | |
| DRIVER LICENSE NUMBER | | DL STATE | DL CLASS | DL EXPIRES | CITY | | | STATE | ZIP CODE |
| M2428111899210 | | FL | E | 11/21/2023 | DELRAY BEACH | | | FL | 33445 |
| DOB | RACE | SEX | HEIGHT | PHONE NUMBER | WEIGHT | BUILD | EYES | HAIR | STYLE | FACIAL |
| 11/21/1989 | W | F | 5' 05" | | 100 LB | THIN | GRN | BLN | DISHEVELED | NO |
| SS# | | SCARS, TATTOOS, MARKINGS, OR OTHER IDENTIFYING CHARACTERISTICS | | | | | GANG MEMBER? | GANG AFFILIATION | |
| | | KNOWN TO POSSESS HYPODERMIC NEEDLES | | | | | NO | | |

**NARRATIVE AND ADDITIONAL INFORMATION**

| PICTURE | NARRATIVE | REASON FOR F.I.R. |
|---|---|---|
| | On 09-08-2016, Betty McLaughlin (Owner of 3581 SR 5 #2B) contacted the South Palm Beach Police Department and requested her daughter Trystan McLaughlin, who she had allowed to temporally stay at the residence be trespassed from the unit. Betty also asked that any companions present with Trystan be trespassed as well.<br><br>Trystan and a black male companion later identified (by FL DL) as Kelvin Rance where encountered in the parking garage of the building at approximately 1300 hours by Ofc. Hul and Cmdr Rizzotto. During the initial contact Trystan was on the telephone with her mother, Cmdr Rizzotto spoke with Betty who again stated to him and to Trystan that she was no longer welcome at the condominium. | DRUG SUSPICION, TRESPASS WARNING<br><br>THUMB PRINT |

**VEHICLE INFORMATION**

| VEH. YR. | VEHICLE MAKE | VEHICLE MODEL | VEHICLE COLOR | VEHICLE TAG # | STATE | COMMENTS |
|---|---|---|---|---|---|---|

**ADMINISTRATIVE**

| OFFICER FIRST NAME | MIDDLE NAME | LAST NAME | SUFFIX | BADGE NO. | SUPERVISOR SIGNATURE | |
|---|---|---|---|---|---|---|
| DAVID | | HUL | | 1946 | X | |
| ROUTED TO | REFERRED TO | ASSIGNED TO | | ASSIGNED BY | | DATE REVIEWED |
| 9/8/2016 | 3:50 PM | CASE NUMBER | 16-09-0105 | | | PAGE 1 OF 1 |